# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOY MAJOR HOOP,
:
    Petitioner,                             Case No. 1:06-cv-603

:          Chief Judge Susan J. Dlott
  -vs-                                     Magistrate Judge Michael R. Merz

PAT ANDREWS, Warden,
:
    Respondent.

## NOTICE REGARDING RELEASE OF SEALED DEPOSITION

On August 4, 2009, the Magistrate Judge dissolved the stay entered in this case pending a decision by the Sixth Circuit on Intervenor's Petition for Writ of Mandamus (Doc. No. 76). Intervenor moved to continue the stay pending his petition for rehearing *en banc* (Doc. No. 77). Applying customary standards for stays pending appeal, the Magistrate Judge denied that request (Doc. No. 78).

On August 15, 2009, Petitioner's counsel wrote to the Court, requesting that the release be expedited (Doc. No. 80). On August 20, 2009, Intervenor appealed from the denial of stay pending petition for rehearing en banc (Doc. No. 79).

Intervenor's Motion to Stay is a non-case dispositive motion. Under S. D. Ohio Civ. R. 72.3, orders on such motions "remain in full force and effect unless and until ... stayed by the Magistrate Judge or a District Judge." No such stay has been requested or granted. Accordingly, the parties are hereby notified that:

1. Unless stayed by Chief Judge Dlott or the Sixth Circuit, the order releasing the sealed portion of the Handorf deposition will be carried into effect on August 31, 2009.

2. In answer to Petitioner's counsel's request, the release will be effected by mailing a copy to him from the Court.

3. While the Court has determined that, as between Petitioner and Intervenor, Mr. Lindsey is no longer entitled to the asserted work product protection, this does not necessarily imply that the document should become "public," i.e., unsealed on the records of this Court and therefore available to the general public. The Court is willing to entertain a joint motion for protective order which would keep the material from public release until further order of the Court. See *Procter &Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219 (6th Cir. 1996).

August 25, 2009.

s/ **Michael R. Merz**
United States Magistrate Judge