# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOY MAJOR HOOP,

:

    Petitioner,                                    Case No. 1:06-cv-603

:         Chief Judge Susan J. Dlott

    -vs-                                       Magistrate Judge Michael R. Merz

PAT ANDREWS, Warden,

:

    Respondent.

---

## FINAL RELEASE AND PROTECTIVE ORDER

---

On August 25, 2009, the Magistrate Judge notified the parties of his intention to proceed with release of the work product portions of the Lawrence Handorf deposition to Petitioner's counsel on August 31, 2009, unless earlier stayed by higher authority. No such stay has been entered, nor has the Magistrate Judge been advised of any application to Chief Judge Dlott or the Sixth Circuit for such a stay. Accordingly, the Clerk will transmit a copy of the work product sealed portion of the deposition (docketed as Handorf Sealed Redacted, being a version of Doc. No. 56 redacted to protect information not ordered to be released) to Mr. McNamara at the close of court business today.

Pursuant to the suggestion made by the Court in ¶ 3 of its Notice Regarding Release, Intervenor has filed a Motion for Protective Order which Petitioner does not oppose (Doc. No. 83). It is accordingly ordered that the portion of the Handorf deposition released by the Court to Mr. McNamara this date

1. Be maintained by the Clerk under seal; and

2. That Mr McNamara maintain the document in confidence, disclosing the contents thereof to no one other than those associated with him in the practice of law and, in his discretion. to his client, who is further ordered to reveal it to no one;

3. That if it becomes necessary to refer to the information in public filings in this Court or during open court proceedings, counsel consult as to whether the information should be maintained under seal or must be made public. See *Procter &Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219 (6th Cir. 1996).

August 31, 2009.

s/ **Michael R. Merz**<br>United States Magistrate Judge