IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Joy Major Hoop, | : | |
| | : | Case No. 1:06-CV-603 |
| Petitioner, | : | |
| | : | Chief Judge Susan J. Dlott |
| v. | : | |
| | : | ORDER AFFIRMING MAGISTRATE |
| Warden, Ohio Reformatory for Women | : | JUDGE DECISION AND ORDER |
| | : | DATED AUGUST 6, 2009 |
| Respondent. | : | |

This matter comes before the Court on Intervenor Carl Lindsey's Objection to and Appeal of the Magistrate's Decision and Order (doc. 79). In the Decision and Order (doc. 78) dated August 6, 2009, the Magistrate Judge denied Lindsey's Motion for Stay Pending Petition for Rehearing *En Banc* (doc. 77). Lindsey seeks the Court to overturn the Decision and Order and to stay the release of sealed deposition testimony to Hoop until the petition for a hearing *en banc* is determined by the Sixth Circuit.

**I.**

Upon objections to a magistrate judge's order on nondispositive matters, the district judge "must . . . modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1). The "clearly erroneous" standard applies to a magistrate judge's findings of fact and the "contrary to law" standard to his conclusions of law. See Gandee v. Glaser, 785 F. Supp. 684, 686 (S.D. Ohio 1992) aff'd 19 F.3d 1432 (6th Cir. Mar. 14, 1994) (Table). "A finding is clearly erroneous where it is against the clear weight of the evidence or where the court is of the definite and firm conviction that a mistake has been made." Galbraith v. Northern Telecom, Inc., 944 F.2d 275, 281 (6th Cir. 1991)

overruled on other grounds Kline v. Tennessee Valley Auth., 128 F.3d 337 (6th Cir. 1997); see also Hood v. Midwest Sav. Bank, No. C2-97-218, 2001 WL 327723, at *2 (S.D. Ohio Mar. 22, 2001).  A decision is contrary to law "if the magistrate has misinterpreted or misapplied applicable law." Hood, 2001 WL 327723, at *2 (internal quotation and citation omitted).

## II.

The Court has reviewed Magistrate Judge Merz's well-reasoned Decision and Order and considered Lindsey's Objections and Appeal.  The Court does not find the Decision and Order to be either clearly erroneous or contrary to law.  Accordingly, the Decision and Order (doc. 78) is **AFFIRMED**.  Lindsey's Objection and Appeal (doc. 79) is **OVERRULED**.

IT IS SO ORDERED.

                                                                              ___s/Susan J. Dlott_____
                                                                              Chief Judge Susan J. Dlott
                                                                              United States District Court