# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOY MAJOR HOOP,
:
    Petitioner,                      Case No. 1:06-cv-603

:        District Judge Susan J. Dlott
  -vs-                               Magistrate Judge Michael R. Merz

PAT ANDREWS, Warden,
:
    Respondent.

## SCHEDULING ORDER

Except for the Lawrence Handorf deposition, discovery in this habeas corpus case was complete as of March 20, 2008, when Petitioner filed her Renewed Motion to Expand the Scope of Discovery. That is, as of that date, all other discovery which had been sought and which the Court had granted had been taken. Litigation over the Handorf deposition is now complete unless the Sixth Circuit grants a rehearing en banc of Intervenor's mandamus petition. It is therefore appropriate to schedule the steps necessary to complete this litigation.

It is accordingly ordered that any motion to amend the Petition herein be filed not later than October 1, 2009. If Petitioner intends to seek an evidentiary hearing in this case or to move to expand the record, any such motion shall be filed not later than October 30, 2009. Any such motion shall show Petitioner's entitlement to an evidentiary hearing under the requirements of 28 U.S.C. § 2254(e)(2) and shall set forth the identities of the persons intended to be called as witnesses. To the extent Petitioner intends to attempt to expand the record to include materials to be considered

on the merits, this Court has a strong preference for live testimony and believes expansion of the record with materials to be considered on the merits must satisfy § 2254(e)(2). See *Holland v. Jackson*, 542 U.S. 649, 653 (2004); *Owens v. Franks,* 394 F. 3d 490, 498-99 (7th Cir.2005); *Smith v. Palmateer,* 397 F. 3d 1236, 1241 (9th Cir. 2005); *Samatar v. Clarridge*, 225 Fed. Appx. 366 (6th Cir. 2007); and *Boyko v. Parke,* 259 F.3d 781 (7th Cir. 2001).

September 5, 2009.

                  s/ **Michael R. Merz**
                  United States Magistrate Judge