# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JOY MAJOR HOOP,
:
    Petitioner,　　　　　　　　　　　Case No. 1:06-cv-603

:　　　　　　　　　　　Chief Judge Susan J. Dlott
   -vs-　　　　　　　　　　　　　　　　Magistrate Judge Michael R. Merz

PAT ANDREWS, Warden,
:
    Respondent.

## ORDER

The Court has reviewed Petitioner's Third Status Report (Doc. No. 132). Petitioner is ordered to furnish the Court with copies of the following documents:

1. The Common Pleas Court decision denying the first motion for new trial.

2. The Twelfth District Court of Appeals decision affirming that denial.

3. The motion papers in favor and against jurisdiction in the Ohio Supreme Court.

4. Petitioner's newest motion for new trial.

July 18, 2012.

                                                           s/ *Michael R. Merz*
                                                        United States Magistrate Judge