# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JOY MAJOR HOOP,

        Petitioner,  :  Case No. 1:06-cv-603

 - vs -  Chief Judge Susan J. Dlott
        Magistrate Judge Michael R. Merz

PAT ANDREWS, Warden,

        :

        Respondent.

## ORDER DISSOLVING STAY AND SETTING FURTHER PROCEEDINGS

This habeas corpus case is before the Court upon Notice from Petitioner of completion of state court proceedings for exhaustion purposes (Doc. No. 142). Accordingly, the stay entered in this case on June 15, 2010 (Doc. No. 122) and later extended in scope is VACATED.

Counsel for the parties shall consult and file with the Court, not later than December 27, 2013, a joint report in the form suggested by Fed. R. Civ. P. 26(f)[1], setting forth a proposed schedule for completion of this litigation.

December 13, 2013.

        s/ *Michael R. Merz*
        United States Magistrate Judge

---

[1] See form Rule 26(f) Report of the Parties, Appendix 3 to General Order DAY 12-01, on the web at www.ohsd.uscourts.gov under General Orders.

1